IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Sheldon Fidalas Pablo,<br><br>  Defendant. | No. CR-23-00383-001-TUC-JGZ (BGM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Bruce G. Macdonald. (Doc. 126.) Magistrate Judge Macdonald recommends granting Petitioner's Motion to Suppress Evidence.  (Doc. 78.)

A review of the record reflects that the parties have not filed any objections to the R&R and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Macdonald's recommendation.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard."

*Thomas*, 474 U.S. at 154.

The Court finds the R&R well-reasoned and agrees with Judge Macdonald's conclusion that the Motion to Suppress Evidence should be granted.

Accordingly,

**IT IS ORDERED** Magistrate Judge Macdonald's Report and Recommendation (Doc. 126) is **accepted**.

**IT IS FURTHER ORDERED** Defendant's Motion to Suppress Evidence (Doc. 78) is **granted**.

Dated this 15th day of February, 2024.

_____
Jennifer G. Zipps
United States District Judge